C. BASTIEN v. H. G. DOWIE.

No. 12,879.   (71 Pac. 1125.)

Error from Graham district court; CHARLES W. SMITH, judge.   Opinion filed January 10, 1903.   Affirmed.

*George W. Jones*, for plaintiff in error.
*W. B. Ham*, for defendant in error.

*Per Curiam:* All the questions presented by counsel for plaintiff in error in this cause are disposed of in *Longworth v. Johnson*, ante, page 193, 71 Pac. 259, except that concerning the validity of the tax deed. An examination of the tax proceedings convinces us that the court below was right in holding that the tax deed was voidable.

The judgment of the court below will be affirmed.

---

JOHN W. HOWARD v. H. G. DOWIE.

No. 12,880.   (71 Pac. 1127.)

Error from Graham district court; CHARLES W. SMITH, judge.   Opinion filed January 10, 1903.   Affirmed.

*George W. Jones*, for plaintiff in error.
*W. B. Ham*, for defendant in error.

*Per Curiam:* The judgment of the court below is affirmed on the authority of *Longworth v. Johnson*, ante, page 193, 71 Pac. 259.   We have examined the letters which passed between the parties and do not find that, taken together, they constituted a contract of purchase which gave Howard any possessory rights.

The judgment of the court below will be affirmed.